NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NICHELLE HAYNES,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2022-1464

---

Petition for review of the Merit Systems Protection Board in No. AT-844E-21-0553-I-1.

---

## O R D E R

Upon consideration of Nichelle Haynes having not filed a motion pursuant to this court's order dated April 20, 2022 (ECF No. 14),

IT IS ORDERED THAT:

(1)  Pursuant to the court's April 20, 2022 order, the petition for review is dismissed and any pending motions are denied as moot.

(2)  Each party shall bear its own costs.

FOR THE COURT

May 2, 2022                         /s/ Peter R. Marksteiner
    Date                           Peter R. Marksteiner
                                   Clerk of Court